# EXHIBIT A

## ASSIGNMENT OF MORTGAGE



2010061800068510 Bk:LR4220 Pg:187
RECORDED Cranston,RI 1/1
06/18/2010 03:10:20 PM ASGT MTG

Mortgage Electronic Registration Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 holder of a mortgage from Felippo L. Aceto and Jennifer J. Aceto to Mortgage Electronic Registration Systems, Inc. dated December 17, 2007, and recorded with the Records of Land Evidence in the City of Cranston on December 21, 2007 at 12:32 pm at Book 3799, Page 38 assigns said mortgage to Federal National Mortgage Association c/o BAC Home Loans Servicing LP, 7105 Corporate Drive, Plano, TX 75024

Property Address: 7 Williams Way, Cranston, RI 02921

IN WITNESS WHEREOF, the said Mortgage Electronic Registration Systems, Inc. has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by Allison West Dalton, Assistant Secretary and Vice President*
this 16 day of June, 2010

Mortgage Electronic Registration Systems, Inc.

By: _Allison West Dalton_
Allison West Dalton, Assistant Secretary and Vice President*

*For signatory authority see Corporate Resolution recorded with the Records of Land Evidence in the City of Cranston on January 20, 2010 at 12:14 pm at Book 4158, Page 319

The Commonwealth of Massachusetts

Middlesex, ss                                                                                                  June 16, 2010

On this 16 day of June 2010, before me, the undersigned notary public, personally appeared Allison West Dalton , proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

Capacity: (as Assistant Secretary and Vice President*
for Mortgage Electronic Registration Systems, Inc. )

_____(Affix Seal)
Notary Signature

My commission expires: 8/15/14

CARL A. LARSEN SANTOS
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 08/15/2014