# EXHIBIT E

```
201001200007820 Bk.LR4158 Pg 319
RECORDED Cranston,RI 1/2
01/20/2010 12 14 41 PM CERT
```

Doc # 0916123   Dec 23, 2009 1:50 PM
Book 2616 Page 0414   Page 1 of 2
Register of Deeds, Belknap County

*Barbara R. Luther*

## MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

### CORPORATE RESOLUTION

Be it Resolved that the attached list of candidates are employee(s) of <u>Harmon Law Offices, PC</u> and are hereby appointed as assistant secretaries and vice presidents of Mortgage Electronic Registration Systems, Inc., and as such, are authorized to:

Execute any and all documents necessary to foreclose upon the property securing any mortgage loan registered on the MERS System that is shown to be registered to the Member, including but not limited to (a) substitution of trustee on Deeds of Trust, (b) Trustee's Deeds upon sale on behalf of MERS, (c) Affidavits of Non-military Status, (d) Affidavits of Judgment, (e) Affidavits of Debt, (f) quitclaim deeds, (g) Affidavits regarding lost promissory notes, and (h) endorsements of promissory notes to VA or HUD on behalf of MERS as a required part of the claims process;

Assign the lien of any mortgage loan registered on the MERS® System that is shown to be registered to <u>BAC Home Loans Servicing, LP</u> or its designee.

I, <u>William C. Hultman</u>, being the <u>Corporate Secretary</u> of Mortgage Electronic Registration Systems, Inc., hereby certify that the foregoing is a true copy of a Resolution duly adopted by the Board of Directors of said corporation effective as of the __ day of November 2009, which is in full force and effect on this date and does not conflict with the Certificate of Incorporation or By-Laws of said corporation.

Secretary   WILLIAM C. HULTMAN
            SECRETARY/TREASURER

The foregoing is a true copy from the
Belknap County Registry of Deeds.
Book 2616   Page 414
Attest *Barbara R. Luther*
       *Register of Deeds*

2010012D0007820 Bk LR4158 Pg-320
RECORDED Cranston,RI 2/2
01/20/2010 12 14 41 PM CERT

Book 2616 Page 0415    Page 2 of 2

## Harmon Law Offices, PC
(for BAC Home Loans Servicing, LP #1000157)

## Mortgage Electronic Registration Systems, Inc.
## Certifying Officers
(effective 11/2/09 )

Mark P. Harmon

Andrew S. Harmon

Thomas J. Walsh

Francis J. Nolan

Allison West Dalton

Lori A. Bolduc

Richard T. Mulligan

Michelle C. Kern