UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FELIPPO L. ACETO and JENNIFER J. ACETO,<br><br>           Plaintiffs,<br><br>      v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ALIAS, FEDERAL NATIONAL MORTGAGE ASSOCIATION, ALIAS, and BAC HOME LOANS SERVICING, LP,<br><br>           Defendants. | Civil Action No. 1:11-cv-00046-ML-LDA |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SECOND NOTICE
OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
<u>THEIR MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and BAC Home Loans Servicing, LP ("BAC") (collectively, "Defendants") respectfully move this Court for leave to file the attached proposed Second Notice of Supplemental Authority (attached hereto as Exhibit 1) in support of Defendants' Motion for Judgment on the Pleadings (Docket No. 9). Defendants set forth their support for this Motion in the attached proposed Second Notice of Supplemental Authority.

WHEREFORE, Defendants respectfully request the Court grant this Motion for Leave to File their Second Notice of Supplemental Authority.

> Respectfully submitted,
>
> MORTGAGE ELECTRONIC
> REGISTRATION SYSTEMS, INC. and BAC
> HOME LOANS SERVICING, LP
>
> By their attorneys,
>
> /s/ John B. Daukas
> John B. Daukas (# 5437)
> GOODWIN PROCTER LLP
> EXCHANGE PLACE
> 53 State Street
> Boston, Massachusetts  02109
> Tel.:  617.570.1000
> Fax:  617.523.1231
> jdaukas@goodwinprocter.com
>
> Harris K. Weiner (# 3779)
> Salter McGowan Sylvia & Leonard, Inc.
> 321 South Main Street, Suite 301
> Providence, RI 02903
> Office: 401-274-0300
> Fax: 401-453-0073
> hweiner@smsllaw.com

Dated: April 7, 2011

**CERTIFICATE OF SERVICE**

I, John B. Daukas, hereby certify that on April 7, 2011, a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on parties listed on the NEF as not receiving electronic notice.

> /s/ John B. Daukas
> John B. Daukas