UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FELIPPO L. ACETO &
JENNIFER ACETO

VS.                                                         C.A. No. 1:11-cv-0046-ML-LDA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
ALIAS, FEDERAL NATIONAL
MORTGAGE ASSOCIATION, ALIAS,
and BAC HOME LOANS SERVICING, LP

## MOTION FOR EXTENSION TO FILE OPPOSITION OUT OF TIME

Now here come the Plaintiffs with a Motion for Extension to File Opposition Out of Time in order to respond to Defendants' Motion for Judgment on the Pleadings. Due to the concurrent running of two cases with similar factual allegations, similarly named Plaintiffs, in addition to the multiple and at times severe medical issues that have plagued Attorney George Babcock, the deadline to file a response to Defendants' Motion was accidently overlooked. Defendants have indicated that they will not oppose this motion, but prefer not to take a position on the motion. Therefore, the Plaintiffs respectfully request this court grant the motion for extension, providing until May 2, 2011 for the Plaintiffs to respond to Defendants' motion.

                              The Plaintiffs,
                              By their attorney,

                              /s/ George E. Babcock, Esq.
                              _____
                              George E. Babcock, Esq. #3747
                              574 Central Avenue
                              Pawtucket, RI 02861
                              401-724-1905
                              george@babcocklaw.com

Dated:  April 19, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2011, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice.

      /s/ George E. Babcock, Esq.

_____
George E. Babcock, Esquire