UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


FELIPPO L. ACETO AND
JENNIFER J. ACETO

VS.                                                          C.A. NO. 1:11-CV-00046 ML-LDA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
DOMESTIC BANK, FSB;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; AND BAC HOME
LOAN SERVICING, LP

### PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

**COME NOW,** Plaintiffs, Felippo L. Aceto and Jennifer J. Aceto**,** by and through their undersigned attorney, pursuant to Rule 15, moves this Honorable Court for leave to amend the complaint in order to revise and expand upon its factual allegations that Federal National Mortgage Association does not have standing to foreclose and that the promissory note is unsecured.. A copy of the proposed Amended Complaint is attached hereto.

WHEREFORE, Plaintiffs pray that this Honorable Court enters an order granting leave to amend the complaint.

                                                        Plaintiffs,
                                                        By their Attorney


                                                        /s/ George E. Babcock

                                                        _____
                                                        George E. Babcock, Esq. (#3747)
                                                        Corey J. Allard, Esq. (#7476)
                                                        574 Central Avenue
                                                        Pawtucket, RI 02861
                                                        (401)724-1904

1

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of this Motion was filed via the ECF system on June 29, 2011.

/s/ George E. Babcock

_____