UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

Tracy v. Deutche Bank et al. – C.A. No. 10-024M;
Medeiros v. Option One Mtg et al – C.A. No. 10-068M;
Rezendes v. Option One Mtg et al – C.A. No. 10-215M;
Pool v. MERS et al – C.A. No. 10-268M;
Fryzel v. MERS et al – C.A. No. 10-352M;
Cosajay v. MERS et al – C.A. No. 10-442M;
Aceto v. American Brokers Mtg et al – C.A. No. 10-481M;
Moll v. MERS et al – C.A. No. 11-004M;
Collado v. Wells Fargo et al – C.A. No. 11-006M;
Cerbo v. Argent Mtg et al – C.A. No. 11-007M;
Tavares v. MERS et al – C.A. No. 11-022M;
Aceto v. MERS et al – C.A. No. 11-046M;
DelDeo v. Option One Mtg et al – C.A. No. 11-097M;
Rodriguez v. MERS et al – C.A. No. 11-124M;
Lehoullier v. E. Loan et al – C.A. no. 11-189M;
DiGiorgio v. MERS et al - C.A. No. 11-237M;
Collupy v. MERS et al – C.A. No. 11-262M; and
Kaskel v. MERS et al – C.A. No. 11-272M

---

## ORDER FOR STATUS CONFERENCE

Counsel for all parties in all of the above-captioned cases shall appear for a scheduling conference on July 26, 2011 at 2:00 PM in Courtroom 3 before Judge John J. McConnell, Jr. and Magistrate Judge Lincoln D. Almond.

In preparation for the omnibus status conference, the Court orders the parties to be prepared to discuss:

1. potential consolidation of cases;
2. common issues of law and fact in these cases;
3. relevance of state court litigation and appeals, including *Bucci v. Lehman Bros. Bank*;
4. possible settlement procedures;
5. a uniform scheduling order procedure for a pre-trial order, including setting discovery, motions etc.

In order to facilitate the discussion of the aforementioned issues, the Court requests that the attorneys prepare a chart for their collective clients (a sample of which is attached to this order) including, but not limited to, the following information:

a. the names of the parties;
b. the case number;
c. whether the property at issue had been foreclosed upon;
d. identification of each legal issue/claim raised in the complaint
e. the status of the case

The Court encourages the plaintiffs' attorneys and defendants' attorneys to meet and confer among themselves to present joint charts if possible or, at the least, to coordinate the filings to avoid duplication. All charts should be filed at least three (3) days before the hearing and should be served on all counsel in all cases.

All of the above-captioned cases are hereby STAYED until this conference is held, except for matters called for herein.

BY ORDER,

*/s/ John J. McConnell*

John J. McConnell, Jr.

United State District Judge

July 15, 2011