UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FELIPPO L. ACETO AND
JENNIFER J. ACETO,
    Plaintiffs,

V.                                  C.A. No. 11-CV-00046-M-LDA

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; FEDERAL NATIONAL
MORTGAGE ASSOCIATION; AND BAC
HOME LOANS SERVICING, LP,
    Defendants,

## NOTICE OF DISMISSAL

    Plaintiffs by their attorney, voluntarily dismisses this action without prejudice pursuant to FRCP 41.

                                        Respectfully submitted,
                                        Plaintiffs,
                                        By their attorney,

                                        /s/ Corey J. Allard
                                        Corey J. Allard, Esq. #7476
                                        574 Central Avenue
                                        Pawtucket, RI 02860
                                        401-724-1904
                                        callard@allardlaw.com

## CERTIFICATE OF SERVICE

    I, Corey J. Allard, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 3, 2014.

                                        /s/ Corey J. Allard
                                          Corey J. Allard